IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Erwin M. Cruz, ) | Case No. 11 B 19457 |
| Marlyn M. Cruz. ) | Judge Jack Schmetterer |
| aka Marlyn Montallana, ) | Chapter 13 |
| aka Marlyn M. Montallana, ) | |
| aka Marlyn M. Ong, ) | |
| ) | |
| Debtor(s), ) | |
| ) | |
| Erwin M. Cruz, ) | |
| Marlyn M. Cruz, ) | |
| aka Marlyn Montallana, ) | |
| aka Marlyn M. Montallana, ) | |
| aka Marlyn M. Ong, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ADV. NO.: 11-01666 |
| ) | |
| Bank of America, ) | |
| Green Tree Servicing, LLC, as agent for ) | |
| Bank of America, ) | |
| Ryland Mortgage Company, ) | |
| ) | |
| Defendants. ) | |

## FINDINGS OF FACT *(Bank of America and Green Tree)*

**A. The Parties**

1. The Plaintiffs are Marlyn & Erwin Cruz ("Plaintiffs"),

2. The Defendants *in default* are Bank of America, *and* Green Tree Servicing, LLC ~~and Ryland Mortgage Company~~ ("Defendants").

**B. Factual Background**

1. On or about May 6, 2011, Plaintiffs filed *for* relief under Chapter 13 of the Bankruptcy Code.

2. Plaintiffs owns real estate commonly known as 5852 Betty Gloyd Drive, Hoffman Estates, IL 60192.

3. That BAC Home Loans Servicing, L.P. holds a first mortgage lien on the real

property commonly known as 5852 Betty Gloyd Drive, Hoffman Estates, IL 60192 with a secured claim of $486,704.25 pursuant to the proof of claim filed by BAC Home Loans Servicing, L.P.

4. The Defendants holds a second mortgage lien on the real property commonly known as 5852 Betty Gloyd Drive, Hoffman Estates, IL 60192 in the amount of $27,567.35 pursuant to the proof of claim filed by Green Tree Servicing, LLC.

5. That pursuant to Defendant, Ryland Mortgage Company's, Motion for Summary Judgment, ~~Motion to Dismiss~~, and the Affidavit of Joe Garcia attached to said pleadings, Ryland Mortgage Company, and since June 31, 2007, possesses no lien rights as mortgagee nor does it have any other interest in the real property located at 5852 Betty Gloyd Drive, Hoffman Estates, IL 60192.

6. That the Plaintiffs obtained an appraisal of the property on July 19, 2011 indicating the value of 5852 Betty Gloyd Drive, Hoffman Estates, IL 60192 as $410,000.00.

7. The first mortgage lien of BAC Home Loan Servicing, L.P. is a secured claim based on the mortgage recorded on June 25, 2007 as document number 0717626011 with the Cook County Recorder of Deeds, Illinois.

8. The second mortgage lien of Bank of America and Green Tree Servicing, LLC is a secured claim based on the mortgage recorded on June 25, 2007 as document number 0717626012 with the Cook County Recorder of Deeds, Illinois.

9. The current Chapter 13 Plan provides the Plaintiff will make a monthly payment to the Chapter 13 Trustee in the amount of $2,000.00 per month for 17 months and $2,700.00 for an additional 43 months.

10. Under the Plan, general unsecured creditors will be paid a dividend of twelve percent (12%) of their allowed claims.

11. That on August 5, 2011, The Clerk of the Court issued a Summons which required the Defendants to serve an Answer or other responsive pleading within thirty days of the date of issuance of the Summons by the Clerk.

12. That on August 5, 2011 a copy of the summons and complaint was served in accordance with the Rule 7004 of the Federal Rules of the Bankruptcy Procedure by Certified U.S. Mail, postage prepaid to the defendants at Bank of America, Attn: Brian Moynihan, CEO, Bank of America Corp. Center, 100 N. Tyron Street, Charlotte, NC 28255; Green Tree Servicing, LLC, c/o CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604; Green Tree Servicing, LLC, Attn:

Keith Anderson, President, 345 St. Peter Street, St. Paul, MN 55102; Ryland Mortgage Company, c/o Prentice Hall Corp., 801 Adlai Stevenson Drive, Springfield, IL 62703; Ryland Mortgage Company, Attn: David A. Brown, President. 24025 Park Sorrento, #400, Calabasas, CA 91302.

13. The summons indicated that a motion or answer was required within thirty days of issuance; to date, no responsive pleading has been filed .

14. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

15. No evidence has been presented to challenge the appraised value of $410,000.00

16. The first secured claim of BAC Home Loans Servicing, L.P. in the amount of $486,704.25 exhausts the value and equity in Plaintiffs' residence.

17. There is no value and equity to support the claim of the Defendants.

## CONCLUSION OF LAW

A. **Jurisdiction**

1. This contested matter is a core proceeding pursuant to 28 U.S. C. § 157(b)(2)(K) This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

B. **Argument**

3. This action was initiated under 11 U.S.C. § 506(a) F. R. Bankr. P. 3012.

4. The Debtors scheduled the first secured claim of BAC Home Loans Servicing, L.P. in the amount of $486,704.25, and the second secured claim of Bank of America and Green Tree Servicing, LLC in the amount of $27,567.35.

5. That the value of Plaintiff's residence is $410,000.00.

6. As there is no value or equity to support the second priority lien of Bank of America and Green Tree Servicing, LLC, the claim is not secured at all by a security interest in the Debtors' residence, as the term is used in § 1322 (b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. 3012, and determine the respective rights of secured creditors through the language used herein, contingent on confirmation thereof, completion of the Plan by the Debtor, and entry of the discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankr.N.D.Ill, January 29, 2010).

Dated: 11/8/11

Enter:

_____
United States Bankruptcy Judge

NOV 08 2011

Submitted by:

Attorney for Debtors/Plaintiffs
Robert M. Kaplan
1535 W. Schaumburg Road
Suite 204
Schaumburg, IL 60194
847-895-9151